IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY ANN HAIDEN, ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 08-1481 |
| v. ) | |
| ) | |
| GREENE COUNTY CAREER AND ) | Magistrate Judge Lenihan |
| TECHNOLOGY CENTER, ) | |
| Defendant. ) | |
| ) | Re: Doc. No. 9 |

## ORDER

**AND NOW** this 27th day of July, 2009, it is hereby **ORDERED** that Defendant's 12(b)(6) Motion to Dismiss Plaintiff's wrongful termination claim is **GRANTED.**

It is further **ORDERED** that Defendant's 12(b)(6) Motion to Dismiss Plaintiff's claim for punitive damages is **GRANTED**.

By the Court:

s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc: All counsel of record
    Via electronic filing